# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC MARTINI,<br><br>    Plaintiff,<br><br> v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. ED CV 17-00408-RAO<br><br>**JUDGMENT** |

  In accordance with the Memorandum Opinion and Order filed concurrently herewith,

  IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED:  January 29, 2018

              _/s/ Rozella A. Oliver_
              ROZELLA A. OLIVER
              UNITED STATES MAGISTRATE JUDGE